■ In the Matter of GERALD H., a Person Alleged to be in Need of Supervision, Appellant.—

No appeal lies from an order issued on consent (CPLR 5511; *Bahr v Bahr,* 105 AD2d 725). In any event, the period of placement has expired, rendering moot the appeal from the order directing it *(see, Matter of Anonymous [Boggs] v New York City Health & Hosps. Corp.,* 70 NY2d 972; *cf., People v Skaar,* 97 AD2d 484). Mangano, J. P., Bracken, Eiber and Harwood, JJ., concur.